IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT T. MADEJ and<br>DIANE Y. MADEJ,<br><br>      Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA; MORTGAGE<br>ELECTRIC REGISTRATON SYSTEMS,<br>INC.; RECONSTRUCT COMPANY,<br>N.A.; DOES 1-10 (inclusive),<br><br>      Defendants. | Case No. 8:12CV88<br><br>ORDER |

This case came on for hearing on William R. Harris' Motion to Withdraw As Counsel (#12) for the plaintiffs. The plaintiff Robert T. Madej appeared with Mr. Harris. Erin E. Busch appeared as counsel for defendants. The motion will be granted and the scheduled R.16 conference rescheduled.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (#12) is granted. The Clerk's office shall terminate further notices to William R. Harris in this case.

2. The Rule 16 planning conference is continued to **August 16, 2012 at 10:00 a.m.,** to be held by telephone call initiated by counsel for plaintiff.

Dated this 3rd day of August 2012.

                              BY THE COURT:

                              S/ F.A. Gossett, III
                              United States Magistrate Judge